FILED
03-24-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV002508
Honorable Michael J.
Hanrahan-04
Branch 4

STATE OF WISCONSIN   CIRCUIT COURT   KENOSHA COUNTY

DAMISO LEE,
4019 N. 83rd Street,
Milwaukee, WI 53222,

        Plaintiff,

vs.

EVAN OLSON,
1700 N. 116th Street,
Wauwatosa, WI 53226,

and

DEXTER SCHLEIS,
1700 N. 116th Street,
Wauwatosa, WI 53226,

        Defendants.

Court Case No. 2025CV00____
Case Code 30106

**SUMMONS**

TO:   EACH PERSON NAMED ABOVE AS A DEFENDANT

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is 901 N. 9th Street, Milwaukee, WI 53233, and to Attorney William F. Sulton, Plaintiff's attorney, whose address is THE SULTON LAW FIRM LLC, 2745 N. Dr. Martin Luther King Jr. Drive, Suite 202, Milwaukee, WI 53212. You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Date: March 23, 2025.                    Respectfully submitted,

*Electronically signed by*
*Attorney William F. Sulton*
WILLIAM F. SULTON
State Bar No. 1070600

THE SULTON LAW FIRM LLC
2745 N. Dr. Martin Luther King Jr. Drive
Suite 202
Milwaukee, WI 53212
414-307-4693 (direct)
414-973-8844 (fax)
william@sultonlaw.com

*Counsel for Plaintiff*

FILED
03-24-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV002508
Honorable Michael J. Hanrahan-04
Branch 4

STATE OF WISCONSIN    CIRCUIT COURT    KENOSHA COUNTY

DAMISO LEE,
4019 N. 83rd Street,
Milwaukee, WI 53222,

    Plaintiff,

vs.

EVAN OLSON,
1700 N. 116th Street,
Wauwatosa, WI 53226,

and

DEXTER SCHLEIS,
1700 N. 116th Street,
Wauwatosa, WI 53226,

    Defendants.

Court Case No. 2025CV00____
Case Code 30106

**COMPLAINT**

NOW COMES Plaintiff Damiso Lee, by his attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and files this complaint against Defendants Evan Olson and Dexter Schleis, City of Wauwatosa police officers.

## I. Introduction

1. On April 5, 2022, Plaintiff Damiso Lee (then a teenager) drove to a customer's house to deliver a food order.

2. As Lee was parked and about to exit to deliver the food order, Defendants Evan Olson and Dexter Schleis (City of Wauwatosa police officers), who were driving separate squad cars, rushed at Lee with their guns drawn.

3. Predictably, Lee was frightened and started running away.

4. As Lee was running away from the officers, Officers Olson and Schleis shot Lee.

5. At the time that Officers Olson and Schleis decided to shoot Lee, the officers knew that Lee did not pose an immediate threat to the officers or anyone else.

6. Officers Olson and Schleis acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution by shooting Lee.

## II. The Parties

### A. The Plaintiff

7. Plaintiff Damiso Lee ("Lee") is an adult and resides in the City and County of Milwaukee, Wisconsin.

### B. The Defendants

8. Defendant Evan Olson ("Officer Olson") is a City of Wauwatosa police officer. At all times relevant to Lee's complaint, Officer Olson was acting under color of law as a law enforcement officer for the City of Wauwatosa, Wisconsin.

9. Defendant Dexter Schleis ("Officer Schleis") is a City of Wauwatosa police officer. At all times relevant to Lee's complaint, Officer Schleis was acting under color of law as a law enforcement officer for the City of Wauwatosa, Wisconsin.

## III. Jurisdiction and Venue

10. The Circuit Court for Milwaukee County has jurisdiction pursuant to Wis. Stat. §§ 801.04(1) and (2) and Wis. Stat. §§ 801.05(1) and (3).

11. Venue in the Circuit Court for Milwaukee County is proper pursuant to Wis. Stat. §§ 801.50(2)(a) and (c).

## IV. The Facts

12. On April 5, 2022, Lee drove to a customer's house to deliver a food order.

13. As Lee was parked and about to exit to deliver the food order, Officers Olson and Schleis rushed at Lee with their guns drawn.

14. Lee, who was terrified, started running away.

15. As Lee was running away, he tripped and fell.

16. While Lee was attempting to rise and continue running, Officers Olson and Schleis shot Lee.

17. At no point in time did Lee take any action that was threatening to Officers Olson or Schleis or anyone else.

18. As a direct result of Officer Olson's and Schleis's decisions to use deadly force against a teenager who was delivering food, Lee experience severe physical and emotional pain and suffering.

## V. The Claims

19. Lee incorporates here all other paragraphs in this complaint.

20. Officer Olson acted contrary to the Fourth Amendment by shooting at and shooting Lee.

21. Officer Schleis acted contrary to the Fourth Amendment by shooting at and shooting Lee.

22. The defendant officers unlawfully caused Lee to experience physical pain and suffering.

[5 / 7]

23. The defendant officers unlawfully caused Lee to experience emotional pain and suffering.

## VI. Relief Requested

24. Wherefore, Lee respectfully requests this court enter judgment for him and against defendants, jointly and severally, and provide following relief:

   a. An order awarding damages for past and future physical pain and suffering in an amount to be determined by a jury.

   b. An order awarding damages for past and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life in an amount to be determined by a jury.

   c. An order awarding damages for past and future medical expenses.

   d. An order awarding punitive damages in an amount to be determined by a jury.

   e. An order awarding attorney fees, expert fees, and other taxable costs and disbursements in an amount to be determined by the court.

   f. An order awarding pre- and post-judgment interest.

   g. An order for such further necessary and proper relief as determined by the Court.

## VII. Jury Demand

25. Lee hereby demands a trial by a jury of twelve persons on all issues of fact and damages stated herein.

Date: March 23, 2025.Respectfully submitted,

*Electronically signed by*
*Attorney William F. Sulton*
WILLIAM F. SULTON
State Bar No. 1070600

THE SULTON LAW FIRM LLC
2745 N. Dr. Martin Luther King Jr. Drive
Suite 202
Milwaukee, WI 53212
414-307-4693 (direct)
414-973-8844 (fax)
william@sultonlaw.com

*Counsel for Plaintiff*