# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| HEARING DATE: | May 21, 2025 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 25-cv-518-bhl |
| CASE NAME: | Lee v. Olson & Schleis |
| MATTER: | Scheduling Conference |
| APPEARANCES: | William Sulton, Attorney for Plaintiff |
| | Jasmyne Baynard, Attorney for Defendants |
| TIME: | 9:02 a.m. — 9:07 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 8**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The Court will issue a scheduling order adopting the deadlines as proposed in the parties' Rule 26(f) report.